No. 14-2432

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

REBECCA FRANCESCATTI,

*Plaintiff-Appellant*,

vs.

STEFANI JOANNE GERMANOTTA p/k/a LADY GAGA, et al.,

*Defendants-Appellees*.

_____

**On Appeal From The United States District Court
For The Northern District of Illinois
The Honorable Marvin E. Aspen Presiding**

_____

**MOTION BY APPELLEE
STEFANI JOANNE GERMANOTTA P/K/A LADY GAGA
PURSUANT TO SEVENTH CIRCUIT OPERATING PROCEDURE 10**

Appellee Stefani Joanne Germanotta p/k/a Lady Gaga ("Germanotta") moves, pursuant to United States Court of Appeals for the Seventh Circuit Operating Procedure Rule 10, to return district court document numbers 127-4 and 127-5 to the district court. Appellant Rebecca Francescatti ("Francescatti"), and all other appellees, consent to this request.

## BACKGROUND

On March 4, 2013, Defendants moved for summary judgment dismissing Francescatti's claims of copyright infringement. (Dist. Ct. Dkt. No. 117). The

district court granted Defendants' motion on June 17, 2014, from which Francescatti appealed to this Court. (Mem. & Order, Dist. Ct. Dkt. No. 189).

In support of their motion for summary judgment, Defendants filed a Statement of Undisputed Facts with exhibits. (Def.'s Rule 56.1 Stmt., Dist. Ct. Dkt. No. 118) Sensitive and personally identifiable information of certain non-parties that has no bearing on the merits of Francescatti's claims was redacted from Exhibits 15 and 16, which, because of technical problems with the redactions, were re-filed on March 18, 2013.[1] (Dist. Ct. Dkt. No. 133) The redactions are limited to minimal portions of page 53 of Exhibit 15, and pages 100, 101, 104, and 110 of Exhibit 16. Unredacted versions of the two exhibits were filed under seal at Dist. Ct. Dkt. No. 127-4 and 127-5. Germanotta requests that only these unredacted versions be returned to the district court, leaving the minimally redacted versions in the public record on appeal.

**ARGUMENT**

This Court allows for any document under seal that does "not form the basis of the parties' dispute and the district court's resolution" to be returned to the district court. *Baxter Int'l, Inc. v. Abbott Lab.*, 297 F.3d 544, 548 (7th Cir. 2002).

The sensitive and personally identifying information redacted from Exhibits 15 and 16 is not cited once by any of the parties or by the district court. It does not form the basis for Defendants' motion for summary judgment; Francescatti did not

---

[1] To avoid recurrence of this redaction issue, Germanotta also requests that district court documents 118-16 and 118-17 be returned to the district court.

cite to it in her opposition papers; and it is nowhere mentioned in the district court's resolution of the case. Thus, the redacted information is unnecessary to resolution of this appeal. *See KM Enters., Inc. v. Global Traffic Techs., Inc.*, 725 F.3d 718, 734 (7th Cir. 2013).

Accordingly, Germanotta respectfully requests that the unredacted versions of Exhibits 15 and 16 to Defendants' Statement of Undisputed Facts, Dist. Ct. Dkt. Nos. 127-4 and 127-5, be returned to the district court. Francescatti, and all other appellees, consent to this request. Because the redacted versions of these exhibits will remain in the appellate record at Dist. Ct. Dkt. No. 133, there will be no loss to the appellate process or to the public's right of access. *See Baxter*, 297 F.3d at 548.

## CONCLUSION

For the foregoing reasons, Germanotta respectfully requests that this Court enter an order returning Documents 127-4 and 127-5 to the district court.

Dated: August 1, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Alexander Kaplan
　　　　　　　　　　　　　　　　　　Charles Ortner
　　　　　　　　　　　　　　　　　　Sandra A. Crawshaw-Sparks
　　　　　　　　　　　　　　　　　　Alexander Kaplan
　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
Steven R. Gilford　　　　　　　　　　Eleven Times Square
PROSKAUER ROSE LLP　　　　　　　New York, NY 10036
70 West Madison St., Suite 3800　　　Tel:　　(212) 969-3000
Chicago, IL 60602
Tel:　(312) 962-3550　　　　　　　　cortner@proskauer.com
　　　　　　　　　　　　　　　　　　scrawshaw@proskauer.com
sgilford@proskauer.com　　　　　　　akaplan@proskauer.com

　　　　　　　　　　　　　　　　　　*Counsel for Appellee Stefani Joanne*
　　　　　　　　　　　　　　　　　　*Germanotta*

3

## CERTIFICATE OF SERVICE

I, David A. Munkittrick, hereby certify that, on August 1, 2014, I caused Appellee Stefani Joanne Germanotta's Motion Pursuant to Seventh Circuit Operating Procedure Rule 10 to be filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit through the CM/ECF system. I certify that the following are registered CM/ECF users and that service will be accomplished by CM/ECF:

William Luciano Niro           wniro@nshn.com
*Counsel for Appellant*

Andrew H. Bart                 abart@jenner.com
*Counsel for UMG Recordings, Inc.*

Elvis D. Gonzalez              egonzalez@elvisgonzalezltd.com
*Counsel for DJ White Shadow, LLC*

Bryan E. Curry                 bcurry@bullarocarton.com
*Counsel for Brian Joseph Gaynor*

/s/ David A. Munkittrick
David A. Munkittrick
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000